UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

In re                                              :    Chapter 13
                                                   :    Bankruptcy No. 17-13946-mdc
                                                   :
Brian Courchain                                    :
                                                   :
           Debtor                                  :

## CONSENT ORDER (DEBTOR NOT SEEKING NOR ENTITLED TO DISCHARGE)

AND NOW, this __7th__ day of __February__, 2018 upon agreement of the parties as to whether debtor is entitled to a discharge, it is

ORDERED, that pursuant to 11 U.S.C. Section 1328(f)(1) and in light of debtor's receiving a Chapter 7 discharge in Bankruptcy Case No 15-10474-jkf on January 23, 2015, which was during the 2 year period preceding the date of the filing under the instant Chapter 13 case filed on June 6, 2017, the court shall not grant a discharge in the instant case.

Date: 12/12/2017

_____
Brian Courchain
Debtor

_____
William C. Miller, Esquire
Chapter 13 Standing Trustee

_____
Michael Seth Schwartz, Esquire
Attorney for Debtor

BY THE COURT

_____
HONORABLE MAGDELINE D. COLEMAN
BANKRUTPCY JUDGE

MICHAEL SETH SCHWARTZ
Law Office of Michael Schwartz
707 Lakeside Office Park
Southampton, PA 18966

Brian Courchain
553 Paddock Circle
Telford, PA 18969

1