United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                Case No. 17-13946-mdc
Brian Courchain                                                       Chapter 13
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0313-2    User: Antoinett    Page 1 of 1    Date Rcvd: Feb 07, 2018
                              Form ID: pdf900    Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Feb 09, 2018.
db             +Brian Courchain,    553 Paddock Circle,    Telford, PA 18969-2506

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                   TOTAL: 0

        ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                   TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 09, 2018                                    Signature:    /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on February 7, 2018 at the address(es) listed below:
        KARINA   VELTER    on behalf of Creditor    JPMorgan Chase Bank, N.A. amps@manleydeas.com
        MICHAEL SETH SCHWARTZ    on behalf of Debtor Brian   Courchain msbankruptcy@verizon.net
        REBECCA ANN SOLARZ    on behalf of Creditor    Pingora Loan Servicing, LLC bkgroup@kmllawgroup.com
        United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
        WILLIAM C. MILLER, Esq.    on behalf of Trustee WILLIAM C. MILLER, Esq. ecfemails@ph13trustee.com,
   philaecf@gmail.com
        WILLIAM C. MILLER, Esq.    ecfemails@ph13trustee.com,    philaecf@gmail.com
        WILLIAM EDWARD CRAIG    on behalf of Creditor    Wells Fargo Bank, N.A., d/b/a Wells Fargo Dealer
   Services, Inc. ecfmail@mortoncraig.com,    mhazlett@mortoncraig.com;mortoncraigecf@gmail.com
        WILLIAM EDWARD CRAIG    on behalf of Creditor   Wells Fargo Bank, N.A. d/b/a Wells Fargo Dealer
   Services ecfmail@mortoncraig.com,    mhazlett@mortoncraig.com;mortoncraigecf@gmail.com
                                                                                                                              TOTAL: 8

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

In re                                                        : Chapter 13
                                                             : Bankruptcy No. 17-13946-mdc
   Brian Courchain                                           :
                                                             :
                    Debtor                                   :

**CONSENT ORDER (DEBTOR NOT SEEKING NOR ENTITLED TO DISCHARGE)**

AND NOW, this __7th__ day of __February__, 2018 upon agreement of the parties as to whether debtor is entitled to a discharge, it is

**ORDERED**, that pursuant to 11 U.S.C. Section 1328(f)(1) and in light of debtor's receiving a Chapter 7 discharge in Bankruptcy Case No 15-10474-jkf on January 23, 2015, which was during the 2 year period preceding the date of the filing under the instant Chapter 13 case filed on June 6, 2017, the court shall not grant a discharge in the instant case.

Date: 12/12/2017

_____
Brian Courchain
Debtor

_____
Michael Seth Schwartz, Esquire
Attorney for Debtor

_____
William C. Miller, Esquire
Chapter 13 Standing Trustee

BY THE COURT

_____
HONORABLE MAGDELINE D. COLEMAN
BANKRUTPCY JUDGE

MICHAEL SETH SCHWARTZ
Law Office of Michael Schwartz
707 Lakeside Office Park
Southampton, PA 18966

Brian Courchain
553 Paddock Circle
Telford, PA 18969

1