**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

IN RE:                              : Chapter 13
                                    :
        Brian Courchain             :
                                    :
        Debtor                      : Bankruptcy No. 17-13946-mdc


**CERTIFICATE OF SERVICE**

I, **MICHAEL SCHWARTZ, ESQUIRE,** hereby certify that Debtor's 3rd

Amended Chapter 13 Plan sent on February 16, 2018, by electronic notification and/or

United States First Class Mail to the Office of the Trustee, and all other interested parties.


    **\s\ Michael Schwartz**
**MICHAEL SCHWARTZ, ESQUIRE**
**Attorney for Debtor**