# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: Brian Courchain <br> <u>Debtor(s)</u> | CHAPTER 13 <br><br> BKY. NO. 17-13946 JKF |

## ENTRY OF APPEARANCE AND REQUEST FOR NOTICES

To the Clerk:

    Kindly enter my appearance on behalf of Cenlar FSB as servicer for Pingora Loan Servicing, LLC and index same on the master mailing list.

                    Respectfully submitted,

                  **/s/Rebecca A. Solarz , Esquire**
                  Rebecca A. Solarz, Esquire
                  KML Law Group, P.C.
                  701 Market Street, Suite 5000
                  Philadelphia, PA 19106-1532
                  (215) 627-1322 FAX (215) 627-7734