IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA
PHILADELPHIA DIVISION

| | |
|---|---|
| In re: BRIAN COURCHAIN ) **Debtor(s)** ) ) | CHAPTER 13 |
| WELLS FARGO BANK, N.A. ) d/b/a WELLS FARGO DEALER SERVICES ) **Moving Party** ) ) | Case No.: 17-13946 (MDC) |
| ) | **Hearing Date: 11-2-17 at 11:00 AM** |
| v. ) ) | 11 U.S.C. 362 |
| BRIAN COURCHAIN ) ANDREA PIA GARAY ) **Respondent(s)** ) ) | 11 U.S.C. 1301 |
| WILLIAM C. MILLER ) **Trustee** ) ) ) | |

## ORDER APPROVING STIPULATION

IT IS HEREBY ORDERED that the Stipulation between Wells Fargo Dealer Services and the Debtor in settlement of the Motion For Stay Relief And Co-Debtor Relief, and filed on or about February 20, 2018 in the above matter is APPROVED.

Dated: March 9, 2018

BY THE COURT:

_____
UNITED STATES BANKRUPTCY JUDGE