UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

In re:         Brian Courchain                    Chapter 13

               Debtor            Bankruptcy No. 17-13946-mdc

PRE-CONFIRMATION CERTIFICATION
OF COMPLIANCE WITH POST-PETITION OBLIGATIONS IN ACCORDANCE
WITH 11 U.S.C. SECTIONS 1325(a)(6), 1325(a)(8) AND (a)(9)

I, Michael Schwartz, Counsel for Debtors, upon my oath according to law, hereby certify *as* follows in connection with the confirmation hearing scheduled for April 5, 2018, in the above-referenced case, based upon information and belief:

1. The above-named debtor(s) will be able to make all payments under the plan and to comply with the plan.

2. The above-named debtor(s) has/have paid all post petition amounts that are required to be paid under any and all Domestic Support Obligations.

3. The above-named debtor(s) has/have filed all applicable Federal, State, and local tax returns, as required by 11 U.S.C. Section 1308.

4. If the confirmation hearing date stated above is adjourned for any reason, and the information herein changes, an updated Certification will be provided to the standing trustee prior to any subsequent Confirmation hearing date.

5. If this Certification is being signed by counsel of debtor(s), counsel certifies that debtor(s) was/were duly questioned about the statements in this Certification and supplied answers consistent with this Certification. Wet signatures of certifications signed by Debtors were provided to the Trustee at the meeting of creditors.

DATED:__4/4/18_____        Debtor:_____/s/ Michael Schwartz_____
                                      Michael Schwartz, Counsel