# UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In re:

    Chapter 13

    Bankruptcy No. 17-13946-MDC

BRIAN  COURCHAIN

553 PADDOCK CIRCLE

TELFORD, PA 18969

    Debtor

## CERTIFICATE OF SERVICE

**AND NOW**, comes William C. Miller, Esquire, Chapter 13 standing trustee, and certifies that he served the attached Motion to Dismiss on the following parties as indicated below:

Debtor(s), at the address listed, by first class mail.

    BRIAN  COURCHAIN

    553 PADDOCK CIRCLE

    TELFORD, PA 18969

Counsel for debtor(s), by electronic notice only.

    MICHAEL SCHWARTZ
    707 LAKESIDE OFFICE PARK
    STREET AND STUMP ROADS
    SOUTHAMPTON, PA 18966-

Date: 7/27/2018

/S/ William C. Miller
_____
William C. Miller, Esquire
Chapter 13 Standing Trustee