United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                          Case No. 17-13946-mdc
Brian Courchain                                                 Chapter 13
         Debtor

# CERTIFICATE OF NOTICE

District/off: 0313-2          User: Antoinett      Page 1 of 2           Date Rcvd: Sep 13, 2018
                             Form ID: pdf900       Total Noticed: 27

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Sep 15, 2018.
db          +Brian Courchain,   553 Paddock Circle,   Telford, PA 18969-2506
cr          +Wells Fargo Bank, N.A. d/b/a Wells Fargo Dealer Se,   1451 Thomas Langston Rd.,
             Winterville, NC 28590-8872
cr           Wells Fargo Bank, N.A.,,d/b/a Wells Fargo Dealer S,   13675 Technology Drive, Bldg. C, 2nd Fl,
             Eden Prairie, MN  55344-2252
13930102    +Ar Resources Inc,   1777 Sentry Pkwy W,   Blue Bell, PA 19422-2206
13930107    +First Premier Bank,   601 S Minnesota Ave,   Sioux Falls, SD 57104-4868
13994222     JP Morgan Chase Bank, N.A.,   c/o Karina Velter, Esquire,   Manley, Deas, Kochalski, LLC,
             P.O. Box 165028,   Columbus, OH  43216-5028
13930108    +Pingora Loan Servicing,   425 Phillips Blvd.,   Ewing, NJ 08618-1430
13999596    +Pingora Loan Servicing, LLC,   c/o Cenlar FSB,   425 Phillips Boulevard,   Ewing, NJ 08618-1430
13930110    +Tatiana Garay,   553 Paddock Circle,   Telford, PA 18969-2506
13982184     Wells Fargo Bank, N.A. dba Wells Fargo Dealer Serv,   P.O. Box 19657,   Irvine, CA 92623-9657
13930111    +Wfs Financial/Wachovia Dealer Srvs,   Po Box 3569,   Rancho Cucamonga, CA 91729-3569

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg          E-mail/Text: megan.harper@phila.gov Sep 14 2018 02:03:50   City of Philadelphia,
             City of Philadelphia Law Dept.,   Tax Unit/Bankruptcy Dept,   1515 Arch Street 15th Floor,
             Philadelphia, PA  19102-1595
smg         +E-mail/Text: usapae.bankruptcynotices@usdoj.gov Sep 14 2018 02:03:48   U.S. Attorney Office,
             c/o Virginia Powel, Esq.,   Room 1250,   615 Chestnut Street,   Philadelphia, PA 19106-4404
cr          +E-mail/PDF: gecsedi@recoverycorp.com Sep 14 2018 02:16:41   Synchrony Bank,
             c/o PRA Receivables Management, LLC,   PO Box 41021,   Norfolk, VA 23541-1021
13930103    +E-mail/Text: bk.notifications@jpmchase.com Sep 14 2018 02:03:22   Chase auto,
             Attn: National Bankruptcy Dept,   Po Box 29505,   Phoenix, AZ 85038-9505
13930104    +E-mail/PDF: creditonebknotifications@resurgent.com Sep 14 2018 02:15:35   Credit One Bank Na,
             Po Box 98875,   Las Vegas, NV 89193-8875
13930106     E-mail/Text: bankruptcynotices@devry.edu Sep 14 2018 02:04:03   Devry Inc,   814 Commerce Dr,
             Oak Brook, IL 60523
13987770    +E-mail/Text: bankruptcynotices@devry.edu Sep 14 2018 02:04:03   DeVry Education Group,
             1200 E. Diehl Road,   Naperville, IL 60563-9347
13930105    +E-mail/PDF: pa_dc_ed@navient.com Sep 14 2018 02:14:37   Dept Of Ed/navient,   Po Box 9635,
             Wilkes Barre, PA 18773-9635
13978419     E-mail/PDF: resurgentbknotifications@resurgent.com Sep 14 2018 02:15:36
             LVNV Funding, LLC its successors and assigns as,   assignee of FNBM, LLC,
             Resurgent Capital Services,   PO Box 10587,   Greenville, SC 29603-0587
13992501    +E-mail/Text: bankruptcydpt@mcmcg.com Sep 14 2018 02:03:40   MIDLAND FUNDING LLC,
             PO BOX 2011,   WARREN, MI 48090-2011
13982861     E-mail/PDF: pa_dc_claims@navient.com Sep 14 2018 02:16:42
             Navient Solutions, LLC. on behalf of,   Department of Education Loan Services,   PO BOX 9635,
             Wilkes-Barre, PA 18773-9635
13931717    +E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Sep 14 2018 02:14:35
             PRA Receivables Management, LLC,   PO Box 41021,   Norfolk, VA 23541-1021
13975356     E-mail/Text: RVSVCBICNOTICE1@state.pa.us Sep 14 2018 02:03:25
             Pennsylvania Department of Revenue,   Bankruptcy Division  PO Box 280946,
             Harrisburg PA  17128-0946
13986127    +E-mail/Text: JCAP_BNC_Notices@jcap.com Sep 14 2018 02:03:44   Premier Bankcard, Llc,
             Jefferson Capital Systems LLC Assignee,   Po Box 7999,   Saint Cloud Mn 56302-7999
13930109    +E-mail/PDF: gecsedi@recoverycorp.com Sep 14 2018 02:16:41   Syncb/amazon,   Po Box 965015,
             Orlando, FL 32896-5015
13967149     E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Sep 14 2018 02:14:38   Verizon,
             by American InfoSource LP as agent,   PO Box 248838,   Oklahoma City, OK  73124-8838
                                                                                    TOTAL: 16

           ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
smg*         Pennsylvania Department of Revenue,   Bankruptcy Division,   P.O. Box 280946,
             Harrisburg, PA  17128-0946
                                                                    TOTALS: 0, * 1, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

District/off: 0313-2          User: Antoinett          Page 2 of 2          Date Rcvd: Sep 13, 2018
                              Form ID: pdf900          Total Noticed: 27

          ***** BYPASSED RECIPIENTS (continued) *****

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 15, 2018                              Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on September 13, 2018 at the address(es) listed below:
          KARINA  VELTER    on behalf of Creditor    JPMorgan Chase Bank, N.A. amps@manleydeas.com
          MICHAEL SETH SCHWARTZ    on behalf of Debtor Brian  Courchain msbankruptcy@verizon.net
          REBECCA ANN SOLARZ    on behalf of Creditor    Pingora Loan Servicing, LLC bkgroup@kmllawgroup.com
          United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
          WILLIAM C. MILLER, Esq.    on behalf of Trustee WILLIAM C. MILLER, Esq. ecfemails@ph13trustee.com,
           philaecf@gmail.com
          WILLIAM C. MILLER, Esq.    ecfemails@ph13trustee.com,  philaecf@gmail.com
          WILLIAM EDWARD CRAIG    on behalf of Creditor    Wells Fargo Bank, N.A., d/b/a Wells Fargo Dealer
           Services, Inc. ecfmail@mortoncraig.com,  mhazlett@mortoncraig.com;mortoncraigecf@gmail.com
          WILLIAM EDWARD CRAIG    on behalf of Creditor    Wells Fargo Bank, N.A. d/b/a Wells Fargo Dealer
           Services ecfmail@mortoncraig.com,  mhazlett@mortoncraig.com;mortoncraigecf@gmail.com
                                                                              TOTAL: 8

**UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

BRIAN  COURCHAIN                              Chapter 13


                              Debtor          Bankruptcy No. 17-13946-MDC


### Order Dismissing Chapter 13 Case and
### Directing Counsel to File Master Mailing List

**AND NOW**, this _____13th_____ day of _____September_____, 201 8, upon consideration of the Motion to Dismiss filed by William C. Miller, standing trustee, this case is dismissed and it is further ORDERED, that counsel for the debtor, shall file a master mailing list with the clerk of the Bankruptcy Court, currently updated (if such has not been previously filed); and it is further

    **ORDERED**, that any wage orders are hereby vacated.


_____
                    Magdeline D. Coleman
                    Bankruptcy Judge

William C. Miller, Trustee
P.O. Box 1229
Philadelphia, PA  19105

Debtor's Attorney:
MICHAEL SCHWARTZ
707 LAKESIDE OFFICE PARK
STREET AND STUMP ROADS
SOUTHAMPTON, PA 18966-


Debtor:
BRIAN  COURCHAIN

553 PADDOCK CIRCLE

TELFORD, PA 18969